**F I L E D**

MAR 0 9 2023

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

1:21-cr-00633
**Judge Edmond E. Chang**
**Magistrate Judge Jeffrey I. Cummings**

MAR - 9 2023

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 21 CR 633 |
| v. | Violations: Title 18, United States Code, Sections 924(c), 1201(a)(1), 2119 and 3147 |
| ANDREW ANANIA | **SUPERSEDING INDICTMENT** |

## COUNT ONE

The SPECIAL JANUARY 2023 GRAND JURY charges:

On or about February 27, 2021, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

ANDREW ANANIA,

defendant herein, willfully and unlawfully seized, confined, kidnapped, abducted, and carried away Victim A, and otherwise held her for his own purpose and benefit including sexual contact, and in committing and in furtherance of the commission of the offense used a means, facility, and instrumentality of interstate commerce;

In violation of Title 18 United States Code, Section 1201(a)(1); and

ANDREW ANANIA,

defendant herein, committed this offense while on release pursuant to an order dated October 27, 2020, from the United States District Court for the Northern District of

Illinois, Case No. 19 CR 532, which order notified defendant of the potential effect of committing an offense while on pre-trial release;

In violation of Title 18, United States Code, Section 3147.

## COUNT TWO

The SPECIAL JANUARY 2023 GRAND JURY further charges:

On or about February 27, 2021, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

### ANDREW ANANIA,

defendant herein, with intent to cause death and serious bodily harm, took a motor vehicle, namely a 2005 Honda Odyssey, that had been transported, shipped, and received in interstate and foreign commerce, from the person and presence of Victim A, by force, violence, and intimidation;

In violation of Title 18 United States Code, Section 2119; and

### ANDREW ANANIA,

defendant herein, committed this offense while on release pursuant to an order dated October 27, 2020, from the United States District Court for the Northern District of Illinois, Case No. 19 CR 532, which order notified defendant of the potential effect of committing an offense while on pre-trial release;

In violation of Title 18, United States Code, Section 3147.

## COUNT THREE

The SPECIAL JANUARY 2023 GRAND JURY further charges:

On or about March 8, 2021, at Darien, in the Northern District of Illinois, Eastern Division, and elsewhere,

### ANDREW ANANIA,

defendant herein, willfully and unlawfully seized, confined, kidnapped, abducted, and carried away Victim B, and otherwise held her for his own purpose and benefit including sexual abuse, and in committing and in furtherance of the commission of the offense used a means, facility, and instrumentality of interstate commerce;

In violation of Title 18 United States Code, Section 1201(a)(1); and

### ANDREW ANANIA,

defendant herein, committed this offense while on release pursuant to an order dated October 27, 2020, from the United States District Court for the Northern District of Illinois, Case No. 19 CR 532, which order notified defendant of the potential effect of committing an offense while on pre-trial release;

In violation of Title 18, United States Code, Section 3147.

4

## COUNT FOUR

The SPECIAL JANUARY 2023 GRAND JURY further charges:

On or about March 10, 2021, at Cicero, in the Northern District of Illinois, Eastern Division, and elsewhere,

ANDREW ANANIA,

defendant herein, willfully and unlawfully seized, confined, kidnapped, abducted, and carried away Victim C, and otherwise held her for his own purpose and benefit, and in committing and in furtherance of the commission of the offense used a means, facility, and instrumentality of interstate commerce;

In violation of Title 18 United States Code, Section 1201(a)(1); and

ANDREW ANANIA,

defendant herein, committed this offense while on release pursuant to an order dated October 27, 2020, from the United States District Court for the Northern District of Illinois, Case No. 19 CR 532, which order notified defendant of the potential effect of committing an offense while on pre-trial release;

In violation of Title 18, United States Code, Section 3147.

## COUNT FIVE

The SPECIAL JANUARY 2023 GRAND JURY further charges:

On or about March 10, 2021, at Cicero, in the Northern District of Illinois, Eastern Division, and elsewhere,

ANDREW ANANIA,

defendant herein, with intent to cause death and serious bodily harm, took a motor vehicle, namely a 2020 Chevrolet Blazer, that had been transported, shipped, and received in interstate and foreign commerce, from the person and presence of Victim C, by force, violence, and intimidation;

In violation of Title 18 United States Code, Section 2119; and

ANDREW ANANIA,

defendant herein, committed this offense while on release pursuant to an order dated October 27, 2020, from the United States District Court for the Northern District of Illinois, Case No. 19 CR 532, which order notified defendant of the potential effect of committing an offense while on pre-trial release;

In violation of Title 18, United States Code, Section 3147.

6

## COUNT SIX

The SPECIAL JANUARY 2023 GRAND JURY further charges:

On or about March 10, 2021, at Cicero, in the Northern District of Illinois, Eastern Division,

ANDREW ANANIA,

defendant herein, did use, carry, and brandish a firearm during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, namely carjacking, in violation of Title 18, United States Code, Section 2119, as charged in Count Five of this Indictment;

In violation of Title 18, United States Code, Section 924(c)(1)(A); and

ANDREW ANANIA,

defendant herein, committed this offense while on release pursuant to an order dated October 27, 2020, from the United States District Court for the Northern District of Illinois, Case No. 19 CR 532, which order notified defendant of the potential effect of committing an offense while on pre-trial release;

In violation of Title 18, United States Code, Section 3147.

A TRUE BILL:

_____

FOREPERSON

_____

Signed by Erika Csicsila on behalf of the
UNITED STATES ATTORNEY